# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of September, two thousand and fourteen.

Before:　　Ralph K. Winter,
　　　　　　　　*Circuit Judge*.

_____

Safeco Insurance Company of America,
　　Plaintiff-Appellee,

v.

Lawrence Brunoli, Inc., Lawrence Brunoli, Jr.,
　　Defendants-Appellants.

_____

**ORDER**
Docket No. 14-2289

    Appellants move for an extension of time, until November 23, 2014, to file their opening brief.

    IT IS HEREBY ORDERED that the motion is DENIED.

> For the Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court

